IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT RAVENCAMP, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 18-CV-107 |
| MENARD, INC., | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.1, Defendant Menard, Inc. states that Menard, Inc. has no parent corporation and no corporation owns any percentage of Menard, Inc.'s stock.

Dated this 9th day of February, 2018.

                                                Respectfully submitted,

                                                SPENCER FANE LLP

                                        By: /s/ Thomas Hiatt
                                              Thomas Hiatt, Mo. 68134
                                              1000 Walnut Street, Suite 1400
                                              Kansas City, Missouri 64106
                                              Tel.   (816) 474-8100
                                              Fax   (816) 474-3216
                                              blamer@spencerfane.com
                                              thiatt@spencerfane.com

FREEBORN & PETERS LLP

Brian P. Norton,
*Pro Hac Vice Application Pending*
Andrew C. Nordahl
*Pro Hac Vice Application Pending*
311 South Wacker Dr., Suite 3000
Chicago, Ill. 60606
Tel.   (312) 360-6000
FAX  (312) 360-6520
bnorton@freeborn.com
anordahl@freeborn.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, this 9th day of February, 2018 with a true copy was also served via electronic mail and U.S. Mail to Plaintiff's attorneys as follows:

Christopher S. Shank
David L. Heinemann
Stephen J. Moore
SHANK & MOORE, LLC
1968 Shawnee Mission Pkwy, Suite 100
Mission Woods, Kansas 66205
Telephone: 816.471.0909
Facsimile: 816.471.3888
chris@shankmoore.com
davidh@shankmoore.com
sjm@shankmoore.com

                                          /s/ Thomas Hiatt

WA 10760965.1