# Exhibit B



# MENARDS®

## 11% Rebate On Everything*

**JUNE** SUN 18 No Early Discounts. MON 19 TUE 20 WED 21 THUR 22 FRI 23 SAT 24

11% Rebate* and Sale Prices Good
Sunday, June 18 Through Saturday, June 24, 2017

### EVEN THESE GREAT SALE PRICED ITEMS!



SALE PRICE $2,239.00
11% REBATE* $246.29
**FINAL PRICE** $1,992.71
Approximate price per material list

**Wide Angled Corner Deck 16' x 22'**
• Includes construction plans, hardware, concrete footings, pressure treated lumber and decking  196-0270



EVERYDAY LOW PRICE $149.99
SALE PRICE $112.00
11% REBATE* $12.32
**FINAL PRICE** $99.68 each

**Electric Pressure Washer 1,650 PSI**
261-1600
Snap-on

EVERYDAY LOW PRICE $99.00
SALE PRICE $78.00
11% REBATE* $8.58
**FINAL PRICE** $69.42 each

**Impact Driver Kit 20-Volt Lithium-Ion**
• Includes 2.0Ah battery and charger  241-0459
MASTERFORCE FLEXPOWER



SALE PRICE $1,499.00
11% REBATE* $164.89
**FINAL PRICE** $1,334.11
Approximate price per material list

**Flagstone Patio With Fire Ring**
• Dimensions 19'W x 3'8"H x 25'D
• Includes Tumbled Belgian retaining wall blocks, Tumbled Belgian pavers, Tumbled Belgian wedge retaining wall blocks, Flagstone pavers, fire bricks (inside liner), refractory mortar, and adhesive  198-0055
All dimensions are approximate. Must be placed on a solid, level base (sold separately). Plans available upon request.



EVERYDAY LOW PRICE $32.98
SALE PRICE $29.98
11% REBATE* $3.30
**FINAL PRICE** $26.68 gallon

**Wet Look Lacquer**
• Seals and protects concrete and masonry
• Available in Low or High Gloss
558-2445, 2446
5-GALLON PAILS ALSO ON SALE!



EVERYDAY LOW PRICE $14.99
SALE PRICE $9.99
11% REBATE* $1.10
**FINAL PRICE** $8.89 each

**LED Solar Light  Alton**
• Stainless Steel Finish with Clear Ribbed Lens
• 12"H  343-9044
6-PACK
Patriot LIGHTING
While Supplies Last!

SALE PRICE $6,279.00
11% REBATE* $690.69
**FINAL PRICE** $5,588.31
Approximate price per material list

**Two Car Garage  24'W x 24'L x 8'H**
• One 16' x 7' overhead door  • One prehung entry door
• One window  • 30-year shingles
• Double 4" vinyl siding
• 12" overhang on the gable ends and 24" on the eaves
• Aluminum Soffit and Fascia  195-0285



EVERYDAY LOW PRICE $205.00
SALE PRICE $179.00
11% REBATE* $19.69
**FINAL PRICE** $159.31 each

**Prehung Steel Entry Door  Half-Lite**
• Insulated glass
• Primed door, brickmould and 4-9/16" frame
• Brass Finish Hinges  • Aluminum Sill
• Choose from left or right swing
• 32" or 36"W x 80"H  414-1286-1291
Special order at some locations in approximately 1 week. Nominal size.
MASTERCRAFT

EVERYDAY LOW PRICE $69.00
SALE PRICE $59.00
11% REBATE* $6.49
**FINAL PRICE** $52.51 each

**Single Hung Window With Nailing Flange**
• 5/8" insulated glass
• Fits 24"W x 36"H rough opening  403-1000
NORTHVIEW WINDOWS



SALE PRICE $97,083.00
11% REBATE* $10,679.13
**FINAL PRICE** $86,403.87
Approximate price per material lists

**Beechwood Home**
• Material lists include framing, roofing and siding materials; doors, windows, trim and cabinets; plumbing and fixtures; lights, electrical and flooring
• 2 x 6 framing upgrade included
• 49'W x 53'D  • Three bedrooms  • Two baths  • Three car garage
• Plan features a basement foundation  • Metal beams by others
• 1,774 sq. ft.  194-2230, 395-5100, 5101, 491-2000, 695-1700, 1701, 795-1700



EVERYDAY LOW PRICE $638.00
SALE PRICE $568.00
11% REBATE* $62.48
**FINAL PRICE** $505.52 each

**Linear™ Soaking Tub/Shower**
• Complete three-piece wall set and bathtub
• Installs direct to studs with 100% caulk-free installation
• Available in left or right drain
• 60"W x 32"D x 78"H
• White  695-4436, 4437
Special order at some locations in approximately 2 weeks. Faucet sold separately.
Lyons

That's Only 98¢ sq. ft. After Sale Price & Rebate*

EVERYDAY LOW PRICE $27.55
SALE PRICE $23.28
11% REBATE* $2.56
**FINAL PRICE** $20.72 each

**Bravado Laminate Flooring**
Tarkett
• Quick and easy click installation
• 25-year limited residential warranty
• Matching trim available
• Oak Suede or Pine Caramel  740-3401, 3403
Sold in packages of 21.36 sq. ft.

* Mail-in Rebate. Rebate is in form of merchandise credit check, valid in-store only. Merchandise credit check is not valid towards purchases made on MENARDS.COM. Limited to stock on hand. No sorry slips. First come, first served. Future sale price adjustments, exchanges and merchandise returns will void the 11% rebate on the items adjusted, exchanged and/or returned. Rebate is valid on special ordered products but does not extend to the special ordering of any normally stocked items. Not good with any other coupons or offers except Menards® coupons. Menards rebates and manufacturers' coupons. Multiple receipts may accompany one rebate certificate. Menards reserves the right to limit purchases of any and all items to reasonable job lot quantities.

**MENARDS®**

Case 4:18-cv-00107-BP   Document 5-2   Filed 02/15/18   Page 2 of 9









# GET THESE SALE PRICES PLUS AN 11% REBATE*

## ADDITIONAL SIZES & FINISHES AVAILABLE!

**HOT BUY!**

**2-GALLON PAIL!**
- EVERYDAY LOW PRICE: $29.86
- SALE PRICE: $26.95
- 11% REBATE*: $2.96
- **FINAL PRICE: $23.99** / 2 gallon

**Flat Ceiling Paint & Primer In One**
- Soft or Bright White
- Excellent hide, spatter-resistant
- Lifetime warranty 550-3358, 3359

**NEW & IMPROVED FORMULA!**
- EVERYDAY LOW PRICE: $33.98
- SALE PRICE: $31.98
- 11% REBATE*: $3.52
- **FINAL PRICE: $28.46** / gallon

**Interior Flat or Ceiling Paint & Primer in One**
- Stain-Shield Technology provides up to 50% more washability and stain-resistance
- Unconditional satisfaction 550-1106, 1115-1118

- EVERYDAY LOW PRICE: $28.98
- 11% REBATE*: $3.19
- **FINAL PRICE: $25.79** / gallon

**Interior Flat Paint & Primer in One**
- Durable and stain resistant with exceptional hide
- Lifetime warranty 551-1506-1508

- EVERYDAY LOW PRICE: $18.97
- 11% REBATE*: $2.09
- **FINAL PRICE: $16.88** / gallon

**Interior Flat or Ceiling Paint & Primer in One**
- Durable, washable finish
- Lifetime warranty 551-0087, 0126, 0139, 0155

---

**5-GALLON PAILS ON SALE!**
- SALE PRICE: $16.44
- 11% REBATE*: $1.81
- **FINAL PRICE: $14.63** / gallon

**Primer & Sealer**
- Interior/exterior water-based
- Bonds to all surfaces without sanding 550-4844

**5-GALLON PAILS ON SALE!**
- EVERYDAY LOW PRICE: $27.98
- SALE PRICE: $23.98
- 11% REBATE*: $2.64
- **FINAL PRICE: $21.34** / gallon

**Waterproofing Paint**
- Guaranteed to stop up to 20 lb. of water pressure for 15 years
- Bright White Finish 550-7926

- SALE PRICE: $44.88
- 11% REBATE*: $4.94
- **FINAL PRICE: $39.94** / each

**Basement Floor Coating Kit**
- Two-part epoxy floor system
- Covers up to 250 sq. ft.
- Gray, Tan or Tintable to 32 colors 551-2315, 2328, 2329

- SALE PRICE: $58.00
- 11% REBATE*: $6.38
- **FINAL PRICE: $51.62** / each

**Garage Floor Coating Kit**
- Covers up to 250 sq. ft.
- Gray, Tan or Tintable to 32 colors 551-2292, 2302, 2303

---

**ADDITIONAL FINISHES AVAILABLE!**
- EVERYDAY LOW PRICE: $16.47
- 11% REBATE*: $1.81
- **FINAL PRICE: $14.66** / gallon

**Exterior Flat Paint**
- 100% acrylic, durable finish and fade-resistant
- 15-year warranty 554-0800, 0802, 0804

**ADDITIONAL SIZES & FINISHES ON SALE!**
- EVERYDAY LOW PRICE: $25.98
- SALE PRICE: $24.58
- 11% REBATE*: $2.70
- **FINAL PRICE: $21.88** / gallon

**Exterior Flat Paint & Primer in One**
- Dirt, crack, chip, peel and fade resistant
- Lifetime limited warranty 554-8208-8211

**4 & 5-GALLON PAILS ON SALE!**
- EVERYDAY LOW PRICE: $31.97
- SALE PRICE: $27.99
- 11% REBATE*: $3.08
- **FINAL PRICE: $24.91** / gallon

**Deck Resurfacer or Deck Coat**
- One coat coverage can transform your deck in one day and offers superior weather-resistance
- Deck Resurfacer: 20X thicker, for heavily worn areas, covers up to 40 sq. ft.
- Deck Coat: 6X thicker, for moderately worn areas, covers up to 80 sq. ft. 553-2458, 2459

**PROTECT & REJUVENATE YOUR DRIVEWAY!**
- SALE PRICE: $9.98
- 11% REBATE*: $1.10
- **FINAL PRICE: $8.88** / 50 lb.

**BULLCRETE™ Pothole Patch**
- All-weather applications 558-1183

---

**5-GALLON PAILS ON SALE!**
- EVERYDAY LOW PRICE: $18.95
- SALE PRICE: $17.95
- 11% REBATE*: $1.97
- **FINAL PRICE: $15.98** / gallon

**CWF-UV® Exterior Wood Finish**
- Penetrates deep into the wood to seal out moisture
- Honey Gold, Clear, Cedar or Redwood Finish 553-6630, 6634, 6650, 6576

**SOLID COLOR STAIN ON SALE!**
- SALE PRICE: $25.82
- 11% REBATE*: $2.84
- **FINAL PRICE: $22.98** / gallon

**Semi-Transparent Deck Stain**
- For immediate use on pressure-treated wood 553-6223, 6224, 6319, 6320, 6345-6348

**ADDITIONAL FINISHES ON SALE!**
- EVERYDAY LOW PRICE: $39.98
- SALE PRICE: $35.94
- 11% REBATE*: $3.95
- **FINAL PRICE: $31.99** / gallon

**Premium Semi-Transparent/Semi-Solid Advanced Stain & Sealant in One**
- Enhanced UV, algae and mildew resistance with waterproofing protection
- 553-4730, 4731, 4738, 4739
- Some colors and finishes special order at some locations in approximately 2 weeks.

- EVERYDAY LOW PRICE: $49.98
- SALE PRICE: $44.93
- 11% REBATE*: $4.94
- **FINAL PRICE: $39.99** / gallon

**Premium Exterior Fine Wood Finish & Sealant in One**
- High-solids alkyd resin transforms wood with varnish-like, satin finish
- Seals and protects from UV and moisture 553-4763, 4764

---

- EVERYDAY LOW PRICE: $199.00
- SALE PRICE: $179.00
- 11% REBATE*: $19.69
- **FINAL PRICE: $159.31** / each

**KELLER 20' Fiberglass Extension Ladder**
- Interlocking side rails
- Type IA, 300 lb. duty rating 560-0700

- EVERYDAY LOW PRICE: $140.65
- SALE PRICE: $129.00
- 11% REBATE*: $14.19
- **FINAL PRICE: $114.81** / each

**10' Steel Poles 4-Pack**
- Set up a dust barrier in just minutes
- No tape, no ladder, no damage
- Height ranges from 4'2"–10'3"
- For use with poly film up to 8 mil (sold separately) 562-5086

- SALE PRICE: $649.00
- 11% REBATE*: $71.39
- **FINAL PRICE: $577.61** / each

**FROTH-PAK™ 620 Foam Sealant Kit**
- Two component polyurethane foam seals cavities, cracks and expansion joints
- Covers 620 sq. ft. at 1" thick
- For professional use only 563-1591
- Each piece may be purchased individually. Special order at some locations in approximately 2 weeks.

- SALE PRICE: $140.45
- 11% REBATE*: $15.45
- **FINAL PRICE: $125.00** / each

**6' Rolling Utility Scaffold**
- 30"W with adjustable height from 24"–48"
- Stackable to increase work height
- 1,000 lb. load capacity 560-2002

- EVERYDAY LOW PRICE: $47.85
- 11% REBATE*: $5.26
- **FINAL PRICE: $42.59** / 5 gallon

**Drywall PVA Primer/Sealer**
- Excellent hide enhances topcoat coverage
- Quick-dry formula — topcoat in 60 minutes
- White 552-1665

**KELLER**
- EVERYDAY LOW PRICE: $89.00
- SALE PRICE: $69.00
- 11% REBATE*: $7.59
- **FINAL PRICE: $61.41** / each

**7' Fiberglass Step Ladder**
- Multifunctional top holds tools and paint
- Slip-resistant steps
- Type I, 250 lb. duty rating 560-0858

- EVERYDAY LOW PRICE: $54.98
- SALE PRICE: $48.98
- 11% REBATE*: $5.39
- **FINAL PRICE: $43.59** / roll

**Clear Poly Film 8'4" x 100'**
- 6 mil. thickness 568-0070
- Check local building codes.

- EVERYDAY LOW PRICE: $518.00
- SALE PRICE: $499.00
- 11% REBATE*: $54.89
- **FINAL PRICE: $444.11** / each

**GRACO Magnum® Pro X17 Stand Airless Paint Sprayer**
- 3,000 max PSI
- Includes metal SG3 gun, 515 RAC IV tip and 50' hose 561-8943

---

**ADDITIONAL STOCK ASPECT™ BACKSPLASH ON SALE!**
- EVERYDAY LOW PRICE: $14.99
- SALE PRICE: $12.98
- 11% REBATE*: $1.43
- **FINAL PRICE: $11.55** / 1 sq. ft. pkg.

**Aspect™ Stone Tile**
- Real, flexible, lightweight, thin-cut stone
- Use for backsplashes, walls, details and accents
- Easy-to-use peel-and-stick application, no grout needed
- Assorted styles 517-5890-5894

- EVERYDAY LOW PRICE: $13.47
- SALE PRICE: $8.98
- 11% REBATE*: 99¢
- **FINAL PRICE: $7.99** / 56 sq. ft.

**Paintable Wallpaper**
- Ideal for covering paneling and damaged walls
- Choose from 10 textures and patterns
- 20-1/2"W x 33'L
- 546-7409-7415, 7418, 7419, 7439

**13 STOCK & QUICK SHIP ARMSTRONG® CEILING PANELS ON SALE!**
- SALE PRICE: $2.98
- 11% REBATE*: 33¢
- **FINAL PRICE: $2.65** / each

**Textured or Brighton Textured Acoustical Ceiling Panel**
- Lightweight and acoustic-dampening
- Brighton 2' x 2' 517-2248
- Textured #944 2' x 4' 517-2030

**ADDITIONAL GENESIS™ CEILING PANELS ON SALE!**
- EVERYDAY LOW PRICE: $7.99
- SALE PRICE: $6.73
- 11% REBATE*: 74¢
- **FINAL PRICE: $5.99** / each

**PVC Ceiling Panel 2' x 2'**
- Will not spot, stain, rot or swell due to moisture
- Waterproof, washable, maintenance-free and USDA compliant
- Icon Relief, Antique or Drifts 517-6075, 6077, 6081

**BUY ONLINE & PICK UP AT STORE!** Visit MENARDS.COM® to learn more!

Case 4:18-cv-00107-BP   Document 5-2   Filed 02/15/18   Page 7 of 9



