# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MENARD, INC.,  )<br>)<br>Defendant.  ) | Case No. 18 CV 107-BP |

### DECLARATION OF MICHAEL EVERY IN SUPPORT OF MENARDS' SUGGESTIONS IN SUPPORT OF ITS MOTION TO DISMISS RAVENCAMP'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

I, Michael Every, pursuant to 28 U.S.C. § 1746, declare under penalties of perjury that the foregoing statements are true and correct:

1. I am a resident of the state of Wisconsin and over eighteen years of age. I hold the position of Marketing Manager for Menard, Inc. ("Menards") and have personal knowledge of the facts set forth herein.

2. Attached as Exhibit A to this declaration filed in support of Menards' Suggestions in Support of its Motion to Dismiss Ravencamp's Amended Complaint are true and correct copies of photos of several signs displayed in Menards' Independence, Mo. store for the 11% rebate sale held from May 14-20, 2017.

3. Attached as Exhibit B to this declaration filed in support of Menards' Suggestions in Support of its Motion to Dismiss Ravencamp's Amended Complaint is a true and correct electronic copy of the print advertisement or "flyer" that Menards ran for its 11% rebate sale held from May 14-20, 2017. The actual printed size of this flyer is ten inches wide by twenty-one inches long (10" x 21").

4. Attached as Exhibit C to this declaration filed in support of Menards' Suggestions in Support of its Motion to Dismiss Ravencamp's Amended Complaint is a re-printed copy of the itemized receipt for the May 14, 2017 purchase (Menards Purchase No. 92803 05 9418) detailed in Paragraphs 23-25 of Ravencamp's Amended Complaint (Doc. 21.) The re-printed copy of the itemized receipt corresponds to the Rebate Receipt Ravencamp attached as Exhibit A to his Amended Complaint. (*See* Doc. 21-1.) The wording "MENARD REBATE 31 - 1@$14.36" within the re-printed copy of the itemized receipt (Exhibit C) means that a Merchandise Credit Check from a previous Menards 11% rebate sale was used to pay for a portion of the May 14, 2017 purchase described in Paragraphs 23-25 of Ravencamp's Amended Complaint.

5. Attached as Exhibit D to this declaration filed in support of Menards' Suggestions in Support of its Motion to Dismiss Ravencamp's Amended Complaint is a true and correct copy of the rebate form and instructions that correspond to the 11% rebate sale held during the period May 14-20, 2017.

Dated: May 9th, 2018

Michael Every

2

# Exhibit A


Case 4:18-cv-00107-BP   Document 27-1   Filed 05/10/18   Page 5 of 19

# 11%
# REBATE ON EVERYTHING*

*See Flyer For Details





# Exhibit B













# Exhibit C



INDEPENDENCE
4101 S LITTLE BLUE PKWY
INDEPENDENCE, MO 64057



Not valid for rebate submissions

Allowable returns for items on this receipt
will be in the form an in store credit
voucher if the return is done after
08/12/17

| | |
|---|---|
| 1.88"X100Y STDPKGTAPE 4PKDUCK -CLEAR | |
| 2060245 1@$7.79 | $7.79 |
| 12"X175' BUBBLE WRAP 1053440 | |
| 5658201 2@$16.89 | $33.78 |
| 14"X18" CREATE A SIGN 848891 | |
| 2157169 1@$3.98 | $3.98 |
| MENARD REBATE | |
| 31 -1@$14.36 | ($14.36) |
| Subtotal | $31.19 |
| Taxes and Fees | $2.72 |
| Total | $33.91 |
| Payment Method(s) Used: | |
| Visa - 0795 | $33.91 |

92803 05 9418 05/14/17 03:11 PM 3335

# Exhibit D



* Please cut and fold before sending