IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>Defendant. | Case No. 4:18-cv-00107-BP |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Robert Ravencamp, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice that he is voluntarily dismissing this action.

Respectfully submitted,

SHANK & MOORE, LLC

By: */s/ Stephen J. Moore*
Christopher S. Shank   MO #28760
David L. Heinemann   MO #37622
Stephen J. Moore   MO #59080
1968 Shawnee Mission Pkwy, Suite 100
Mission Woods, Kansas 66205
Telephone:   816.471.0909
Facsimile:   816.471.3888
chris@shankmoore.com
davidh@shankmoore.com
sjm@shankmoore.com

*Attorneys for Plaintiff Robert Ravencamp*

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed this 14th day of June, 2018, via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

**Counsel for Defendant Menard, Inc.**
Bryant T. Lamer
Thomas Hiatt
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106

-and-

Brian P. Norton
James J. Boland
Andrew C. Nordahl
Verona M. Sandberg
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

                                                                     */s/ Stephen J. Moore*
                                                                     Attorney for Plaintiff