# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,
    Plaintiff,

v.     Case No. 4:18-cv-00107-BP

MENARD, INC.,
    Defendant.

## CLERK'S ORDER OF DISMISSAL

On the 14TH day of June, 2018, the plaintiff herein having filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 6/15/2018